```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02419
   ALIANA L TORRES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6025

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/04/2008 and was confirmed 04/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                                PAID         PAID
------------------------------------------------------------------------------
US BANK NATIONAL            NOTICE ONLY    NOT FILED            .00           .00
WORLD FINANCIAL NETWORK     UNSECURED         433.10            .00           .00
AMERICAS SERVICING COMPA    CURRENT MORTG        .00            .00           .00
AMERICAS SERVICING COMPA    MORTGAGE ARRE        .00            .00           .00
AMERICAS SERVICING COMPA    CURRENT MORTG        .00            .00           .00
AMERICAS SERVICING COMPA    MORTGAGE ARRE        .00            .00           .00
CAPITAL ONE                 SPECIAL CLASS  NOT FILED            .00           .00
BANK OF AMERICA NA          UNSECURED      NOT FILED            .00           .00
HOUSEHOLD FINANCE CORPOR    UNSECURED        6518.05            .00           .00
CHASE MANHATTAN             UNSECURED      NOT FILED            .00           .00
ECAST SETTLEMENT            UNSECURED        4168.60            .00           .00
ECAST SETTLEMENT            UNSECURED        2093.69            .00           .00
TARGET NATIONAL BANK        UNSECURED         956.19            .00           .00
MIGUEL AQUINO               NOTICE ONLY    NOT FILED            .00           .00
MIGUEL AQUINO               NOTICE ONLY    NOT FILED            .00           .00
MIGUEL AQUINO               NOTICE ONLY    NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        2302.02            .00           .00
ECAST SETTLEMENT CORP       NOTICE ONLY    NOT FILED            .00           .00
DAVID M SIEGEL              DEBTOR ATTY      2,774.00                      1,012.00
TOM VAUGHN                  TRUSTEE                                           88.00
DEBTOR REFUND               REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              1,100.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                1,012.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 02419 ALIANA L TORRES
```

```
TRUSTEE COMPENSATION                                                 88.00
DEBTOR REFUND                                                          .00
                                              ----------------  ----------------
TOTALS                                              1,100.00          1,100.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
    Dated: 10/29/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```